JANUARY 8, 1976

Ankney et al. *v.* Pennsylvania Electric Company, Appellant.

Before COFFROTH, P. J. Argued November 21, 1975. *R. Thomas Strayer*, for appellant; *John P. Joyce*, with him *Nathan Roscona*, for appellees.

Judgment affirmed.


Bergstedt *v.* Pittsburgh, Appellant.

Mustachio *v.* Pittsburgh, Appellant.

Before WATSON, J. Argued November 19, 1975. *George Shorall*, Assistant City Solicitor, with him *Mead J. Mulvihill, Jr.*, City Solicitor, for appellant; *Franklyn E. Conflenti*, with him *David R. Cashman*, and *Cauley, Birsic & Conflenti*, for appellees.

Judgment affirmed.